**Order entered April 15, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

No. 05-21-00501-CR
No. 05-21-00502-CR
No. 05-21-00503-CR
No. 05-21-00561-CR

**ANTONIO B. LOREDO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-82300-2021 cts. 1-4**

**ORDER**

Before the Court are appellant's April 12, 2022 motions for an extension of time to file his brief. We **GRANT** the motions and **ORDER** the brief received with the motion filed as of the date of this order.

/s/    LANA MYERS
         JUSTICE